No. 933. JOHN K. ROSE, ETC., ET AL., PETITIONERS, *v.* PETER McCLELLAND, JR. April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of

Appeals for the Fifth Circuit denied. *Mr. J. J. Darlington*, *Mr. Richard I. Munroe* and *Mr. Marshall Surratt* for the petitioners. *Mr. Francis Marion Etheridge* and *Mr. Joseph Manson McCormick* for the respondent.